JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN MONTY,<br><br>        Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC;<br>WELLS FARGO BANK, N.A.; NDEX<br>WEST, LLC; and DOES 1through 50,<br>inclusive,<br><br>        Defendants. | Case No.:  8:15-cv-01648-JVS-JCG<br><br>Hon. District Judge James V. Selna<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Hearing:**  [No Hearing Required]<br><br>Superior Court Case No.: 30-2015-00808955-CU-OR-CJC<br>Action Filed: September 10, 2015<br>Trial Date: N/A |

The Court having considered the *Stipulation to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *defendants* Ocwen Loan Servicing, LLC, and Wells Fargo Bank, N.A., as Trustee for BNC Mortgage Loan Trust 2007-4, Mortgage Pass-Through Certificates, Series 2007-4 (erroneously sued as Wells Fargo Bank, N.A.) and *plaintiff* Carolyn Monty, and good cause appearing therefor,

/./././

/././.

**ORDER ON STIPULATION TO DISMISS COMPLAINT**

580255.1

1    **IT IS ORDERED** that the Stipulation is **APPROVED**.

2    **IT IS FURTHER ORDERED** that this action is hereby dismissed as to all

3    parties *with prejudice*.

4    **IT IS FURTHER ORDERED** that all future hearing dates in this action are

5    hereby vacated.

6    **IT IS SO ORDERED**.

7

8

9    Dated:  December 22, 2015    _____

10                               HON. JAMES V. SELNA
                                 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

580255.1